**People of the State of Illinois, Appellee, v. John Stepnewski, Appellant.**

**Gen. No. 53,571.**

First District, First Division.
February 26, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago, for appellee. Opinion by PRESIDING JUSTICE BURMAN. Not to be published in full.